UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARSHENNA HINES<br>*Plaintiff*<br><br>v.<br><br>STATE OF CONNECTICUT<br>DEPARTMENT OF CORRECTION<br>*Defendant* | CIVIL ACTION No. 3:14CV01914(WWE)<br><br><br><br><br><br>July 13, 2015 |

## PROTECTIVE ORDER

**IT IS HEREBY ORDERED that:**

1. Plaintiff and plaintiff's counsel will return <u>any and all</u> originals and <u>any and all</u> copies of documents in plaintiff's and plaintiff's counsel's possession, custody and control that plaintiff obtained during the course of her employment with and removed from the State of Connecticut Department of Correction ("DOC").

2. Plaintiff will not further disseminate any documents in her possession, custody and control that plaintiff obtained during the course of her employment with and removed from the DOC.

3. Plaintiff and her counsel will provide a sworn statement to the DOC listing all other individuals, other than plaintiff's counsel, to whom plaintiff has disclosed documents obtained during the course of her employment with and removed from the DOC, when the documents were disclosed and whether any individuals retained copies of the documents. If plaintiff has not further disclosed any documents that she obtained during the course of her employment with and removed from the DOC, plaintiff will provide a sworn statement to that effect to the DOC.

By Order of the Court this 18th day of August, 2015.

BY: /s/ Warren W. Eginton
Warren W. Eginton
Senior United States District Judge